■ GERALD STAHL et al., Respondents, v. HANS KUHN, Appellant.— In an action to enjoin permanently the defendant from constructing a certain dwelling on his property, adjacent to plaintiffs' property, defendant appeals from an order of the Supreme Court, Westchester County, entered September 17, 1964, which granted plaintiffs' motion for a preliminary injunction and denied defendant's cross motion to dismiss the complaint for insufficiency. Order modified by striking out its first and second decretal paragraphs, which grant and relate to the preliminary injunction, and by substituting a provision denying plaintiffs' motion. As so modified, order affirmed, without costs. Under all the circumstances disclosed by the instant record, it was an abuse of discretion to grant a preliminary injunction. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

■ WALDEMAR MEDICAL RESEARCH FOUNDATION, INC., Respondent, v. LOUISE MARGOLIES, as President of the Merrick Council of the Waldemar Medical Research Foundation, Appellant.— In an action for an accounting and other relief, defendant appeals from an order and judgment (one paper) of the Supreme Court, County of Nassau, entered April 13, 1965, which (1) denied defendant's motions to dismiss the complaint and for summary judgment; and (2) granted plaintiff's motion for summary judgment and directed defendant to account to plaintiff. Order and judgment affirmed, without costs. No opinion. Pursuant to the stipulation, dated July 27, 1965, between plaintiff and 13 other defendants, the appeals from 13 similar orders and judgments are affirmed, without costs. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur. [45 Misc 2d 887.]